UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)   CASE NO. 19-01067-JMC-7
MICHAEL AMOS GREEN, )
)
Debtor. )

DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY

Comes now Debtor, Michael Amos Green, by counsel, Randall R. Shouse, and hereby files an Objection to the Motion for Relief from Stay for the reason that Debtor has recently received some information from the mortgage company, Mr. Cooper, about ways to try to save the real estate, and is exploring his option.

WHEREFOR, Debtor objects to the Motion for Relief From Stay, prays for a hearing thereon, and for all other just and proper relief.

By: _____
Randall R. Shouse
SHOUSE & LANGLOIS/1593-19
9510 East Washington Street
Indianapolis IN  46229
Telephone: (317) 899-3500
Facsimile:  (317) 899-3526
e-mail:  rshouse@shouselanglois.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the U. S. Trustee, 101 West Ohio Street, Suite 1000, Indianapolis IN 46204, upon John J. Petr, Chapter 7 Trustee, 111 Monument Circle, Suite 900, Indianapolis IN 46204, and upon Doyle & Foutty, P.C. 41 E. Washington St., Suite 400, Indianapolis IN 46204, by ordinary first-class mail, postage prepaid, or by electronic mail.

3/25/19                                  _____
Date                                     Randall R. Shouse, Attorney at Law